IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MAURICE ROY                                                                                              PLAINTIFF

v.                              NO. 3:16-cv-00140 PSH

CAROLYN W. COLVIN, Acting Commissioner                                          DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 24th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE